No. 779. Sun Insurance Office v. Scott;

No. 780. Norwich Union Fire Insurance Society, Ltd., v. Same; and

No. 781. HOME INSURANCE Co. *v.* SAME. April 20, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Rolland M. Edmonds* for petitioners. *Messrs. Elwood Murphy* and *F. S. Monnett* for respondent.